# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00519-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL MEL DOMINGUEZ,

    Defendant.

# ORDER

**Blackburn, J.**

The following matters are before me for consideration: (1) defendant's **Motion To Clarify Petitioner's Jail Time" Credit Given By This Court (Judge: Robert E. Blackburn) Upon Sentencing** [#70][1] filed August 16, 2011; and (2) defendant's **Motion To Clarify Petitioner's Jail Time" Credit Given By This Court (Judge: Robert E. Blackburn) Upon Sentencing** [#74] filed December 5, 2011. The government filed a response to the first motion [#70]. *See* Response [#72] filed September 16, 2011.

Based on the file, record, motions, response, and the applicable law, I find and conclude that I should recommend to the Bureau of Prisons that the defendant receive an additional 76 days of credit on the sentence he is serving in this case.[2] Thus, the

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its response.

first motion [#70] should be granted consistent with my findings and conclusions, and the second motion [#74] should be denied as moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Clarify Petitioner's Jail Time" Credit Given By This Court (Judge: Robert E. Blackburn) Upon Sentencing** [#70] filed August 16, 2011, is granted to the extent it is consistent with the foregoing findings and conclusions and the following orders;

2. That defendant's **Motion To Clarify Petitioner's Jail Time" Credit Given By This Court (Judge: Robert E. Blackburn) Upon Sentencing** [#74] filed December 5, 2011, is denied as moot; and

3. That the court recommends that the Bureau of Prisons award an additional 76 days of credit on the sentence the defendant is serving in this case.

Dated December 12, 2011, at Denver, Colorado.

                                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge